Submitted November 4, 2016, reversed January 5, 2017

In the Matter of A. V. G.,
a Person Alleged to have a Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

A. V. G.,
*Appellant.*

Clackamas County Circuit Court
16CC01769; A161797

387 P3d 497

Gay Canaday filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Patrick M. Ebbett, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and DeVore, Judge, and Garrett, Judge.

## PER CURIAM

The trial court committed appellant to the custody of the Oregon Health Authority after determining that he was a danger to others because of a mental disorder. *See* ORS 426.005(1)(f). On appeal, appellant argues that the record does not contain legally sufficient evidence to support the involuntary commitment. The state concedes that the record is legally insufficient in that regard and that the order of commitment should be reversed. We agree and accept the state's concession.

Reversed.